1  Your name: Edward & Patrice Boone
2  Address: P.O. Box 10191
3  Longview Tx. 75608
4  Phone Number: 318-404-4265
5  E-mail Address: _____
6  Pro se

CLERK, U.S. DISTRICT COURT RECEIVED
FEB - 4 2021
EASTERN DIST. OF TEXAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

Edward Boone
Patrice Boone
                Plaintiff,
         vs.
Dandy B Logistics LLC
ETAL
                Defendant.

Case Number: 6:21-CV-0009

**OPPOSITION TO MOTION TO DISMISS**

DATE: 2-1-21
TIME: _____
JUDGE: Hon. _____

OPPOSITION TO MOTION TO DISMISS
CASE NO.: 6:21-CV-0009 ; PAGE 1 OF 1   [JDC TEMPLATE – rev. 2017]

## FACTUAL BACKGROUND

*[Write a short version of the facts in the Complaint. After each fact, write in the paragraph number of the Complaint where that information can be found.]*

On 7/10/2006, I Edward Charles Boone filed a petition against Trinity Industries Inc. 2525 Stemmons Frwy Dallas Tx. 75207.

On 11-01-2006 Judge Caroline Craven closed or terminated my relationship with Trinity Industries Inc. But her disposition was a statistical closing which Russell C. Brown was present at the time (conference) 10-31-2006.

Statistical Closing - means cases closed statistically include those that are settled without trial or referred to ADR (Alternative Dispute Resolution)

But where the law is concerned disposition means a person inherent qualities of mind and character.

Again where the law is concerned inherent means vested in (someone) as a right or privilege.

David E Boone Sr. who was the President of the United Rubber Workers at Cooper Tire Texarkana Ark. had no legal rights to the $250,000.00 settlement in which reasonable minds can infere.

Russell C. Brown stated in the motion to Dismiss a case was filed (without my knowledge using all my personal information) June 6, 2008, or Jan 29, 2008 and the case # is 6:08-CV-0023 Boone vs Telco etal which Trinity Industries were amongst the Defendants

OPPOSITION TO MOTION TO DISMISS
CASE NO.: _____ ; PAGE 2 OF 4  *[JDC TEMPLATE – rev. 2017]*