# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| EDWARD C BOONE et al., | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CASE NO. 6:21-cv-00009-JDK-KNM |
| DANDY B LOGISTICS LLC et al., | § § | |
| *Defendants.* | § § | |

## FINAL JUDGMENT

Having dismissed all pending claims in this matter, the Court now enters final judgment.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that Plaintiff take nothing and that all pending motions are **DENIED AS MOOT.**

The Clerk of the Court is directed to close this case.

So **ORDERED** and **SIGNED** this **27th** day of **April, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE